IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Amado Gonzalez, | ) | CV-11-763-PHX-FJM |
| Plaintiff(s), | ) | **ORDER** |
| vs. | ) | |
| Flexible Technologies Incorporated, | ) | |
| Defendant(s). | ) | |

Pursuant to this court's order of August 22, 2011, and the parties' Stipulation (doc. 17),

IT IS ORDERED dismissing this action with prejudice, each party to bear its own fees and costs.

DATED this 3rd day of October, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge